UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LONG ISLAND MINIMALLY INVASIVE
SURGERY, P.C.,

                    Plaintiff,                               **ORDER**

        - against -

                                                   CV 15-2568 (JFB) (AKT)

NEW YORK BARIATRICS & LAPROSCOPY,
P.C., and DR. RAJEEV VOHRA,

                    Defendants.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

        The Court has received Plaintiffs' June 30, 2015 letter motion seeking to adjourn the July 14, 2015 Initial Conference. DE 9. Based on the contents of the motion, it is obvious to the Court that Plaintiffs have chosen a particular strategy for this litigation. By delaying service of the Complaint, Plaintiffs are proceeding at their own risk. In any event, the Complaint has been filed and the Court is not in the position to adjourn the Initial Conference for 60 days, as Plaintiffs request. However, the Court will adjourn the Initial Conference to August 20, 2015 at 2 p.m. Plaintiffs are reminded that, no later than two business days before the Initial Conference, the parties must submit, by means of electronic filing on the Court's ECF system, a Joint Proposed Discovery Plan.

                                                                                              **SO ORDERED.**

Dated: Central Islip, New York
            July 1, 2015

                                                                      /s/ A. Kathleen Tomlinson
                                                                      A. KATHLEEN TOMLINSON
                                                                      U.S. Magistrate Judge